UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cr-00269-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD WHITE,

    Defendant.

---

**ORDER AND NOTICE OF HEARING**

---

**IT IS HEREBY ORDERED** that a Revocation Hearing will be held on **July 6, 2006 at 4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 28th day of April, 2006.

**BY THE COURT:**

*Marcia S. Krieger*
Marcia S. Krieger
United States District Judge