# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation** of Probation or Supervised Release) |
| v. | Case Number:  03-cr-00269-MSK-01 |
| | USM Number:  07588-180 |
| RICHARD F. WHITE | Edward A. Pluss, AFPD (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Participate in Drug/Alcohol Testing as Directed by the Probation Officer | 11/17/05 |

      The defendant is sentenced as provided in pages 2 through 3 of this judgment in accordance with the findings and conclusions made in open court, a transcript of which is attached hereto and incorporated herein by this reference.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

      The defendant has not committed violation 12 and is discharged as to such violation.

      It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

      It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

July 6, 2006
Date of Imposition of Judgment

s/Marcia S. Krieger
Signature of Judge

Marcia S. Krieger, U.S. District Judge
Name & Title of Judge

August 9, 2006
Date

DEFENDANT:  RICHARD F. WHITE
CASE NUMBER:  03-cr-00269-MSK-01                                                       Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Failure to Participate in Drug/Alcohol Testing as Directed by the Probation Officer | 12/05/05 |
| 3 | Failure to Participate in Drug/Alcohol Testing as Directed by the Probation Officer | 12/09/05 |
| 4 | Failure to Follow the Instructions of the Probation Officer | 02/10/06 |
| 5 | Use of Prohibited Alcohol | 01/15/06 |
| 6 | Failure to Participate in Dual Diagnosis Treatment as Directed by the Probation Officer | 01/18/06 |
| 7 | Possession and Use of a Controlled Substance | 01/25/06 |
| 8 | Failure to Participate in Drug/Alcohol Testing as Directed by the Probation Officer | 01/30/06 |
| 9 | Failure to Follow the Instructions of the Probation Officer | 01/25/06 |
| 10 | Failure to Participate in Dual Diagnosis Treatment as Directed by the Probation Officer | 02/08/06 |
| 11 | Failure to Participate in Dual Diagnosis Treatment as Directed by the Probation Officer | 02/13/06 |

DEFENDANT:  RICHARD F. WHITE
CASE NUMBER:  03-cr-00269-MSK-01                                                                    Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months.

The court recommends that the defendant be evaluated by the Bureau of Prisons for any psychiatric and any physical treatment that he may require and that he be assigned to an appropriate facility to provide that treatment.  It is further recommended that the Bureau of Prisons designate the defendant to a facility where he has the opportunity to participate in the Residential Drug Abuse Program.

*Pursuant to the Court's sentence at the bottom of the advisory sentencing guidelines (see U.S.S.G. § 7B1.4, Application Note 4) and the defendant's repeated violations of the terms of supervised release, the Court finds a basis for an upward departure from the advisory sentencing revocation guidelines.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

DEFENDANT:  RICHARD F. WHITE
CASE NUMBER:  03-cr-00269-MSK-01                                                Judgment-Page 4 of 3

                                                                    Deputy United States Marshal